Maria Gonzales et al., Respondents, v Ihay Zinner et al., Respondents. Esquire Group Estates, LLC, et al., Intervenors-Appellants. (And Another Action.)

Submitted March 4, 2013; decided April 25, 2013

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division where the appeal to the Appellate Division was from an order entered on an appeal from another court (*see* NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]).

In the Matter of Shawn Green, Appellant, v Brian Fischer, as Commissioner of Corrections and Community Supervision, Respondent.

Submitted February 4, 2013; decided April 25, 2013

Motion for reargument of motion for leave to appeal denied [*see* 20 NY3d 855 (2013)].

Judge Rivera taking no part.

In the Matter of the Claim of Patricia Keane, Appellant. Commissioner of Labor, Respondent.

Submitted February 19, 2013; decided April 25, 2013

Motion for reargument of motion for leave to appeal denied [*see* 20 NY3d 854 (2012)].

Judge Rivera taking no part.